UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60073-cr-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

vs.

RAYMOND ODIGIE UADIALE,
a/k/a, "Mike Roland,"

Defendant.
_____/

FILED BY _____ D.C.

MAR 2 8 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE comes before the Court on the Government's Motion to Unseal Indictment.

Having reviewed the motion, and being duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion is GRANTED. The Indictment in this

matter is hereby UNSEALED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 28 day of March, 2018.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Jared M. Strauss