UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: RAYMOND UADIALE (J)#　　　　CASE NO: 18-60073-CR-DIMITROULEAS/SNOW

AUSA: J. STRAUSS (F. VIAMONTES DUTY AUSA)　　ATTY: David Joffe.

USPO: _____

VIOL: 18:USC § 1956

PROCEEDING: INITIAL APPEARANCE /ARR

RECOMMENDED BOND: _____

BOND/PTD HEARING HELD (yes) / no　　COUNSEL APPOINTED: _____

BOND SET @: $100,000 PSB　　To be cosigned by: _____

APPEARED IN SEATTLE (WESTERN DISTRICT OF WA) ON MARCH 28, 2018 RELEASED ON BOND WITH NO MONETARY AMOUNT. **

- [ ] All standard conditions
- [ ] Do not encumber property.
- [✓] Surrender and / or do not obtain passports / travel documents.
- [✓] Rpt to PTS as directed / or x's a week/month by phone; x's a week/month in person.
- [✓] Random urine testing by Pretrial Services. Treatment as deemed necessary.
- [✓] Maintain or seek full - time employment.
- [✓] No contact with victims / witnesses.
- [✓] No firearms.
- [✓] Electronic Monitoring:
- [✓] Travel extended to: SD/FL WD/WA
- [✓] Other: Continue to reside at current address.

- Advised of Charges. Atty Joffe filed Temp. Appearance BJT will enter permanently
- ARR SDO - Will be Enter

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

REPORT RE COUNSEL:

PTD/BOND HEARING: Gov't Recommends $100,000 PSB. Court accepts Bond.

PRELIM/ARRAIGN OR REMOVAL:

STATUS RE PRELIM/HRG:

DATE: 4/12/18   TIME: 11:00 AM   FTL/TAPE/# BSS-   {25 Mins}   Begin DAR:

5

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** YES OR NO   DAR: 11:43:17 — 12:15:56